■ WHOLESALE LAUNDRY BOARD OF TRADE, INC., et al., v. CITY OF NEW YORK. NEW YORK STATE RESTAURANT ASSOCIATION, INC., et al., v. CITY OF NEW YORK et al.— Application by the Restaurant League of New York, Inc., for leave to file a brief *amicus curiæ* granted. Motions by the New York Chamber of Commerce for leave to file a brief *amicus curiæ* granted. Motion by Commerce & Industry Association of New York, Inc., for leave to file a brief *amicus curiæ* granted. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

■ JAMES CAMPFIELD v. HOSPITAL FOR JOINT DISEASES.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before December 27, 1962, with notice of argument for January 8, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.